IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-03356 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**PLAINTIFF'S RESPONSE TO MINUTE ENTRY [15]**

Pursuant to this Court's Minute Entry [15], Plaintiff Nike, Inc. ("Plaintiff") certifies that none of the Defendants listed in Schedule A to the Amended Complaint [17] have been previously named as a defendant in any prior complaint or "Schedule A" case relating to Plaintiff.

Plaintiff also attaches hereto as **Exhibit 1** an index identifying the common trademark infringed by each Defendant included in Schedule A to the Amended Complaint [17]. The index also provides the docket number for the screenshots supplied in support of Plaintiff's Motion for Entry of a Temporary Restraining Order [18] and the date on which each screenshot was taken. This information is also shown in Exhibit 2 to the Declaration of Joe Pallett [22].

Plaintiff further has provides the following list of prior online trademark, copyright, or patent infringement cases filed in any court in the United States in which it was a plaintiff:

| Case No. | Case Name | Court |
|---|---|---|
| 1:2013cv08012 | Nike, Inc. et al v. Wu | SDNY |
| 1:2020cv00688 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv00689 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

1

| | | |
|---|---|---|
| 1:2020cv00700 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv00714 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv00715 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv00768 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv00769 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv02613 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv02615 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv02617 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv02618 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv02619 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv02626 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv03576 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv03708 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv03733 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv03923 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv04158 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv04265 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv04803 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv05152 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv05244 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

| | | |
|---|---|---|
| 1:2020cv05311 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv05390 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv05493 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv06038 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv06515 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv07105 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv07138 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv07225 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv07352 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2020cv07614 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv00248 | Nike, Inc. et al v. www.perfectkicks.me et al | SDNY |
| 1:2021cv00329 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv00615 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv00713 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv01043 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv01109 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv01489 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv01874 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv02137 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv02207 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

| | | |
|---|---|---|
| 1:2021cv02691 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv03049 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv03199 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv03540 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv03964 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv04365 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv04826 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv04833 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv04986 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv05270 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv05369 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv06146 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2021cv06159 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv00536 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv01075 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv01172 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv01802 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv02450 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv02946 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv03195 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

| | | |
|---|---|---|
| 1:2022cv03350 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv05268 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2022cv06700 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv01497 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv01714 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv01764 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv01900 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02026 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02100 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02202 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02308 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02541 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02682 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02731 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv02751 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv03390 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv03435 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv03917 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv04498 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv05337 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

| | | |
|---|---|---|
| 1:2023cv13810 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv14323 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv15636 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv15961 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv16073 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2023cv16114 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv00113 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv00218 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv00269 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv00637 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv00639 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv00688 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv00923 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv01660 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv02026 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv02299 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv02685 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv02792 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv03084 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv03282 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

| | | |
|---|---|---|
| 1:2024cv03639 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv03718 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv04326 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv04481 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv04521 | Nike, Inc. et al v. Shiby NY Inc. et al | SDNY |
| 1:2024cv05399 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv05511 | Nike, Inc. v. Chengdu Ahmed Shoes And Hats Sales Co., Ltd. et al | NDGA |
| 1:2024cv05529 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv05613 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv05993 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv06018 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv06106 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv06836 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv06841 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv08362 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv08705 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv08747 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv09265 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv09439 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv10471 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

| | | |
|---|---|---|
| 1:2024cv10672 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv10799 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv11327 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv11976 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv12140 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2024cv12212 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv00104 | Nike, Inc. v. Anhui Zhongdi Technology Co., Ltd. et al | NDGA |
| 1:2025cv00414 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv00986 | Nike, Inc. v. Amkaong et al | NDGA |
| 1:2025cv01557 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv01559 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv01709 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv01766 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv01822 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv01883 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv01945 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv02261 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv02290 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv02349 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv02388 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv02397 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

| | | |
|---|---|---|
| 1:2025cv03352 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |
| 1:2025cv03356 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A | NDIL |

Dated this 4th day of April 2025.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Nike, Inc.*